UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARTIN DWIGHT RANDALL, Petitioner | CIVIL DOCKET NO. 1:19-CV-1158-P |
| VERSUS | JUDGE DRELL |
| UNITED STATES OF AMERICA, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after a de novo review of the record including the Objections filed by Petitioner (Docs. 10, 11), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the sentence computation claim is hereby DENIED and DISMISSED WITH PREJUDICE. Because the claim of ineffective assistance of counsel and the request for a new trial must be raised in a motion under § 2255, these claims are DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of the claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE